LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8730 GAF (Ex) | Date | April 17, 2014 |
|---|---|---|---|
| Title | Edgar Alonzo v. City of Los Angeles et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE

The present lawsuit is on calendar on Monday, April 21, 2014, for a pre-trial conference. However, Plaintiff has not filed any of the required documents including a proposed pre-trial conference order. This is a matter for which the Plaintiff in the case, having initiated the suit, bears primary responsibility.

Accordingly, the pre-trial conference is **VACATED** and Plaintiff is **ORDERED TO SHOW CAUSE** why this lawsuit should not be dismissed for lack of prosecution. The response to this OSC must be filed with the Court no later than the close of business on Friday, April 25, 2014.

**Failure to respond to this OSC in a timely fashion will be deemed consent to the dismissal of the lawsuit.**

**IT IS SO ORDERED.**